No. 72–6576. DAWN, DBA GAME CO. *v.* STERLING DRUG, INC., ET AL., 414 U. S. 880;

No. 72–6790. SMILGUS *v.* LETTS, JUDGE, 414 U. S. 843;

No. 72–6930. EX PARTE KENT, 414 U. S. 1077;

No. 73–459. NEW RIDER ET AL. *v.* BOARD OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT No. 1, PAWNEE COUNTY, OKLAHOMA, ET AL., 414 U. S. 1097;

No. 73–621. UNION PACIFIC RAILROAD CO. ET AL. *v.* CITY AND COUNTY OF DENVER ET AL., 414 U. S. 1088;

No. 73–636. COKER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 414 U. S. 1130;

No. 73–663. WESSON *v.* LEVIN ET AL., 414 U. S. 1112;

No. 73–728. CITY OF MIAMI *v.* SPICY, 414 U. S. 1131;

No. 73–5288. D'ORSAY *v.* UNITED STATES, 414 U. S. 1070;

No. 73–5399. WHITE *v.* UNITED STATES, 414 U. S. 1132;

No. 73–5477. RING *v.* CALIFORNIA, 414 U. S. 1072;

No. 73–5513. FRIST *v.* HAYNSWORTH, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL., 414 U. S. 1073;

No. 73–5597. SERRANO *v.* NEW YORK, 414 U. S. 1075;

No. 73–5625. FREED ET AL. *v.* MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION, 414 U. S. 1075; and

No. 73–5632. LYONS *v.* INDIANA, 414 U. S. 1096. Petitions for rehearing denied.

No. 72–6704. DILLARD *v.* NEW YORK CITY TRANSIT AUTHORITY, 414 U. S. 839; and

No. 73–5086. WHETTON *v.* TURNER, WARDEN, 414 U. S. 862. Motions for leave to file petitions for rehearing denied.

No. 73–254. DORL *v.* UNITED STATES, 414 U. S. 1032. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 73–5467. LEGION ET AL. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL., 414